IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>                              Defendants. | Case No. CV-16-61-GF-BMM<br><br><br><br>**ORDER** |

Based on the unopposed motion of Defendants, and for good cause appearing, therefore;

IT IS HEREBY ORDERED that Plaintiff's time within which to file papers in opposition to Defendants' Motion for Summary Judgment (Doc. 30) is extended to two (2) weeks after Defendants have served their response and

produced documents in response to Plaintiff's First Request for Production of Documents, which are due to be served no later than October 17, 2016.

Dated this 19th day of September, 2016.

Brian Morris
United States District Court Judge