IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>                    Defendants. | Case No. 4:16-cv-00061-BMM<br><br>**ORDER** |

For the reasons stated in Plaintiff's Unopposed Motion for Leave to File Brief in Support of His Motion to Compel Discovery and Exhibits 3 and 4 Under Seal, Doc. 62, the Court hereby GRANTS the Motion and further ORDERS that Plaintiff's Brief in Support of His Motion to Compel Discovery and Exhibits 3 and 4 shall be filed under seal.

DATED this 9th day of August, 2017.

_____
Brian Morris
United States District Court Judge

1