# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>Defendants. | CV 16-61-GF-BMM<br><br>**ORDER** |

The Court conducted a hearing on all pending motions in this matter on September 13, 2017. For the reasons discussed in open court,

IT IS ORDERED:

1. Defendants' Motion for Summary Judgment (Doc. 30) is DENIED with respect to the claims asserted in Counts 3, 4 and 5 of Plaintiff's Second Amended Complaint. The portion of Defendants' Motion for Summary judgment that addressed Counts 1 and 2 of Plaintiff's Second Amended Complaint is taken under advisement.

2. Plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. 50) is GRANTED.

3. Plaintiff's Motion for Mediation (Doc. 56) is GRANTED.

4. Plaintiff's Motion to Compel Discovery (Doc. 61) is taken under advisement.

5. Plaintiff's Motion to Supplement the Record on Summary Judgment (Doc. 67) is GRANTED.

DATED this 14th day of September, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge