IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>Defendants. | Case No. 4:16-cv-00061-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO VACATE REMAINING CASE DEADLINES PENDING OUTCOME OF MEDIATION** |

  For the reasons stated in the Unopposed Motion to Vacate Remaining Case Deadlines Pending Outcome of Mediation, the Court hereby GRANTS the Motion. All remaining case deadlines in this case shall be vacated pending the outcome of

1

the scheduled mediation. The Parties shall submit a status report to the Court within 14 days after that mediation, reporting on the outcome and providing a proposal for how the case should proceed.

DATED this 2nd day of October, 2017.

_____
Brian Morris
United States District Court Judge