IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>Defendants. | Case No. 4:16-cv-00061-BMM<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT, PLAINTIFF'S THIRD STATEMENT OF DISPUTED FACTS, AND EXHIBITS 4 AND 5 UNDER SEAL** |

For the reasons stated in Plaintiff's Motion for Leave to File Brief in Support of Plaintiff's Second Motion to Supplement the Record on Summary Judgment, Plaintiff's Third Statement of Disputed Facts, and Exhibits 4 and 5

Under Seal, the Court hereby GRANTS the Motion and further ORDERS that the Brief in Support of Plaintiff's Second Motion to Supplement the Record on Summary Judgment, Plaintiff's Third Statement of Disputed Facts, and Exhibits 4 and 5 thereto, shall be filed under seal.

DATED this 11th day of January, 2018.

*Brian Morris*
Brian Morris
United States District Court Judge