IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL, <br><br> Defendants. | Case No. 4:16-cv-00061-BMM <br><br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO REMAND PLAINTIFF'S BENEFIT CLAIMS TO PLAN ADMINISTRATOR FOR COMPLETION OF ADMINISTRATIVE PROCESS UNDER SEAL** |

For the reasons stated in Plaintiff's Unopposed Motion for Leave to File

Response to Defendants' Motion to Remand Plaintiff's Benefit Claims to Plan

Administrator for Completion of Administrative Process Under Seal, the Court

hereby GRANTS the Motion and further ORDERS that Plaintiff's Response to

Defendants' Motion to Remand Plaintiff's Benefit Claims to Plan Administrator

for Completion of Administrative Process shall be filed under seal.

DATED this 13th day of March, 2018.

Brian Morris
United States District Court Judge