IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>Defendants. | Case No. CV-16-61-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE RESPONSE BRIEF UNDER SEAL** |

For the reasons stated in Defendants' Motion to File Response Brief Under Seal, the Court hereby GRANTS the Motion and further ORDERS that the Response Brief and its attached Exhibits shall be filed under seal.

Dated this 13th day of March, 2018.

_____
Brian Morris
United States District Court Judge