IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>                   Defendants. | CV 16-61-GF-BMM<br><br>**ORDER** |

      A settlement conference was convened in this matter on May 24, 2018. As a result of the conference the parties reached a compromise agreement with respect to all claims for relief advanced by the Plaintiff in his complaint, as amended, and filed on September 14, 2017. (Doc. 79.) The parties further agreed to reserve the issue of Plaintiff's right to recover attorneys' fees for resolution by the Court.

      In accordance with the parties' agreement, the following shall occur:

(1) On or before June 15, 2018, the parties shall file a proposed order for preliminary approval of the terms of the settlement agreement as it pertains to individuals whose interests would be affected by the agreement, as well as the proposed procedure to be utilized to notify these individuals of the agreement; and

(2) On or before June 25, 2018, the Defendant shall, in exchange for a complete release, pay Plaintiff Joel Cleary, M.D. the monetary sum of $125,776.00.

IT IS SO ORDERED.

DATED this 24th day of May, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge