IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>　　　　　　Defendants. | Case No. 4:16-cv-00061-BMM<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED EXHIBIT 1 TO SETTLEMENT STIPULATION AND ORDER UNDER SEAL** |

　　　For the reasons stated in the Parties' Joint Motion for Leave to File Amended Exhibit 1 to the Settlement Stipulation and Order Under Seal, the Court hereby GRANTS the Motion and further ORDERS that Amended Exhibit 1 to the Settlement Stipulation and Order shall be filed under seal.

　　　DATED this 17th day of October, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian Morris
　　　　　　　　　　　　　　　　　　United States District Court Judge