KELLER ROHRBACK L.L.P.
Gary A. Gotto
3255 Bending Tree Ln.
Missoula, MT 59808
Tel.: (406) 215-9100
Fax: (206) 623-3384
Email: ggotto@kellerrohrback.com

*Attorney for Plaintiff;*
*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated, | Case No. 4:16-cv-00061-BMM-JCL |
| Plaintiff, | |
| v. | |
| RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR AN AWARD OF
## ATTORNEY'S FEES, COSTS AND EXPENSES

Plaintiff Joel Cleary hereby moves the Court for an Order pursuant to

section 502(g)(1) of the Employee Retirement Income Security Act of 1974, as

amended, 29 U.S.C. § 1132(g)(1), awarding Plaintiff his attorneys' fees, costs and

expenses herein and for such other and further relief as to this Court may seem just

and proper.  Plaintiff contacted counsel for Defendants, Steven R. Milch, who stated that Defendants object to this Motion.

The basis for this Motion is set forth in the accompanying Declaration of David S. Preminger, dated November 21, 2018, the Exhibits annexed thereto, Plaintiff's accompanying Brief and all prior pleadings and proceedings heretofore had herein.

Respectfully submitted the 21st day of November, 2018.

KELLER ROHRBACK L.L.P.


By: */s/ Gary A. Gotto*
    Gary A. Gotto
    3255 Bending Tree Ln.
    Missoula, MT 59808
    Tel.: (406) 215-9100
    Fax: (206) 623-3384
    Email: ggotto@kellerrohrback.com

    David S. Preminger
    (admitted *pro hac vice*)
    KELLER ROHRBACK L.L.P.
    1140 Avenue of the Americas
    Ninth Floor
    New York, NY 10036
    Tel.: (646) 380-6690
    Fax: (646) 380-6692
    Email: preminger@kellerrohrback.com

    ***Plaintiff's Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its CM/ECF system, which will send notice of such filing to all counsel of record.

DATED this 21st day of November, 2018.

*/s/ Gary A. Gotto*
Gary A. Gotto