IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>　　　　　Defendants. | CV-16-61-GF-BMM<br><br><br><br>ORDER |

Plaintiff filed a motion for leave (Doc. 163) to file under seal his brief in support of his motion for an award of attorney's fees, costs, and expenses. This motion is unopposed.

The Court hereby **GRANTS** the motion (Doc. 163) and further **ORDERS** that the motion for attorney fees (Doc. 166) is hereby referred to Magistrate Judge Lynch for the entry of written findings and recommendations, pursuant to 28 U.S.C. 636(b)(1)(B).

DATED this 27th day of November, 2018.

_Brian Morris_
Brian Morris
United States District Court Judge

1