IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>Defendants. | CV-16-61-GF-BMM<br><br><br><br>ORDER |

Defendant filed an unopposed motion to file an overlength brief (Doc. 169) in response to Plaintiffs' motion for attorney fees, costs, and expenses.

The Court hereby **GRANTS** the unopposed motion to file an overlength brief (Doc. 169).

DATED this 30th day of November, 2018.

_____
Brian Morris
United States District Court Judge

1