IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>Defendants. | CV-16-61-GF-BMM-JTJ<br><br><br>ORDER |

Plaintiff filed a motion for recusal (Doc. 171) asking Magistrate Judge Jeremiah C. Lynch to recuse himself from consideration of the Plaintiff's Motion for an Award of Attorney's Fees, Costs and Expenses (Doc. 166). The reasoning in this motion is well-taken and unopposed.

**IT IS HEREBY ORDERED** that the Court hereby **GRANTS** the motion (Doc. 171) and further **ORDERS** the motion for attorney fees (Doc. 166) to be

referred to Magistrate Judge John T. Johnston pursuant to 28 U.S.C. § 636 (b)(1)(B).

**IT IS ALSO ORDERED** that Magistrate Judge John Johnston will conduct a hearing on Plaintiff's Motion for an Award of Attorney's Fees, Costs and Expenses, Doc. 166, on **Tuesday, January 15, 2019 at 2:00 p.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 6th day of December, 2018.

Brian Morris
United States District Court Judge