IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, et al.,<br><br>Defendants. | CV 16-61-GF-BMM-JTJ<br><br><br>**ORDER** |

The Court set a hearing in this matter on January 15, 2019, for the purpose of resolving Plaintiff's motion for an award of attorney's fees, costs and expenses. (Doc. 166). Counsel informed the Court, before the hearing began, that a hearing was not necessary because the parties had reached a settlement on the issues presented in Plaintiff's motion. Counsel further informed the Court that they needed additional time to finalize the settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall file a stipulation dismissing

this action with prejudice by February 13, 2019.  The Court will conduct a show cause hearing at 10:00 a.m. on February 14, 2019, if the parties have not filed the foregoing stipulation.

DATED this 16th day of January, 2019.

_____
John Johnston
United States Magistrate Judge