IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOEL CLEARY, M.D., individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, ADMINISTRATIVE COMMITTEE OF THE RETIREMENT PLAN FOR EMPLOYEES OF NORTHERN MONTANA HOSPITAL, DAVID HENRY, KIM LUCKE, BONNIE O'NEILL, and NORTHERN MONTANA HOSPITAL,<br><br>                   Defendants. | Case No. 4:16-cv-00061-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY BRIEF IN SUPPORT OF HIS MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES AND EXHIBITS 3, 4 AND 8 TO DAVID S. PREMINGER'S REPLY DECLARATION IN SUPPORT OF THAT MOTION UNDER SEAL** |

     For the reasons stated in the Plaintiff's Unopposed Motion to file his Reply Brief in support of his Motion for an award of attorney's fees, costs and expenses and exhibits 3, 4 and 8 to David S. Preminger's Reply Declaration in support of that Motion under seal, the Court hereby GRANTS the Motion and further ORDERS that said documents shall be filed under seal.

     DATED this 13th day of February, 20189

_____
Brian Morris
United States District Court Judge